**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 9, 2024

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

      Re:  United States v. Rashawnee Gray
          23-CR-118 (BMC)

Dear Judge Cogan:

  I write, with the government's consent, to request an adjournment of the sentencing, which is calendared for May 21, 2024. I make this request because I am still engaged in trial before Your Honor in *U.S. v. Ayers, et al.*, 20-CR-239 (BMC), which is likely to continue into that week.

  I am requesting that Mr. Gray's sentencing be reset to the week of June 24, if available, or to the soonest available date thereafter.

  I thank the Court for its consideration.

              Respectfully Submitted,
                /s/
              Kannan Sundaram
              Assistant Federal Defender
              (646) 588-8311

cc:  Andrew D. Wang
    Assistant U.S. Attorney