# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
### Eastern District of New York

_____

**UNITED STATES OF AMERICA**                              Docket Number: **23-CR-118-BMC-1**

-v-                                                       District Court Judge: **Honorable Brian M. Cogan**

**RASHAWNEE GRAY,**
                  Defendant.
_____

Notice is hereby given that **RASHAWNEE GRAY** appeals to the United States Court of Appeals for the Second Circuit from the:

☒     Judgment
☐     Order
☐     Other: _____   entered in this action on **8/22/2024**

Offense occurred after November 1, 1987: ☒ Yes     The appeal concerns: ☐ Conviction Only
                                                ☐ No                           ☐ Sentence Only
                                                                                                                  ☒ Conviction and Sentence

DATE:    **August 27, 2024**

| | |
|---|---|
| TO:   **AUSA Andrew D. Wang, Esq.** | **BARRY D. LEIWANT, ESQ.** |
| | **Counsel for Appellant** |
| FROM:   **Rashawnee Gray** | **FEDERAL DEFENDERS OF NEW YORK, INC.** |
|          **Reg. No. 33592-510** | **52 Duane Street - 10th Floor** |
| | **New York, NY 10007** |
|          **Kannan Sundaram, Esq.** | **(212) 417-8700** |
|          *Of Counsel* | |

| **(TO BE COMPLETED BY ATTORNEY)** | **TRANSCRIPT INFORMATION - FORM B** |
|---|---|
| ➤**QUESTIONNAIRE** | ➤**TRANSCRIPT ORDER** ➤DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPTS IS REQUIRED (INCLUDE DATE) |
| ☒ I am ordering a transcript<br>☐ I am not ordering a transcript<br>REASON:<br>☐ Daily copy is available<br>☐ U. S. Attorney has placed order<br>☐ Other: (Attach explanation) | ☒ Change of Plea Hearing:    **12-12-23**<br>☐ Trial:<br>☒ Sentencing Hearing(s):   **8-22-2024**<br>☐ Post-trial proceedings**:** |
| The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ➤ Method of payment ☐ Funds   ☐ CJA Form 24   ☒ **Federal Defenders of New York, Inc.** ||
| Attorney's Signature:<br>*Kannan Sundaram/bp* | Date:   **August 27, 2024** |

➤COURT REPORTER ACKNOWLEDGMENT-To be completed by Court Reporter and forward to Court of Appeals.

| Date order received: | Estimated Completion Date: | Estimated # of Pages: |
|---|---|---|
| | | |

Date _____      Signature_____
                                                                                                                                    (Court Reporter)