4/5/25, 2:24 AM                Gmail - Rashawnee G.D. Gray FCI McKean Bradford, PA 16738April 4, 2025The Honorable Judge Brian M. Cogan United States Dis…

Case 1:23-cr-00118-BMC    Document 47    Filed 04/11/25    Page 1 of 4 PageID #: 195

Rashawnee G.D. Gray
FCI McKean
Bradford, PA 16738
April 4, 2025

The Honorable Judge Brian M. Cogan
United States District Court for the New York Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Cogan,

I am writing to you with a humble and heartfelt request for your compassion and consideration. My name is Rashawnee Gray, and I am currently incarcerated at McKean FCI serving a sentence for a nonviolent conspiracy charge. I am not writing to dispute the legal process that brought me here, but rather to appeal to your sense of mercy and your commitment to second chances—a value I know you have championed during your time served on the bench and beyond.

This charge stems from a mistake I made in trusting the wrong people, a decision that, while wrong, did not involve harm to others. I fully acknowledge my error and have spent every day since working to make amends. I've completed rehabilitation programs, I've sought to support others in avoiding my mistakes. My sentence has separated me from my wife, my elderly parents, both whom which have declining health conditions. I am my mothers only son , I am all she has in this world, she lost her siblings, one during my incarceration,my community, and I live with the weight of knowing how my actions have affected those I love most.

I am asking for your help not because I feel entitled, but because I believe in the possibility of redemption. My crime was not one of violence or malice, and I pose no threat to society. If granted release or home confinement , I am committed to rebuilding my life, supporting my family, giving back through community service. I want nothing more than the chance to prove that I can be a productive, law-abiding citizen once again.

During your time as judge, you showed a willingness to extend mercy to those who sought to turn their lives around, and I am hopeful that you might see my story as one worthy of that same compassion. My family and I have faced financial struggles, health challenges, emotional strain during this time, and your intervention could restore hope where it has been so hard to find.

I respectfully ask that you consider granting me a pardon or supporting my release, allowing me to return to my loved ones and contribute positively to society. I am prepared to provide any additional information about my case or character that might assist in your decision.

Thank you for taking the time to read my plea. I admire your strength and leadership, and I place my trust in your judgment and kindness. May God bless you and your family.

Sincerely,
Rashawnee G.D. Gray
84078-053
FCI McKean
PO Box 8000 Bradford,PA 16701

). Pride Gracy
163 E. Parade Ave
Buffalo, NY 14211

9589 0710 5270 0364 7598 25

Retail

U.S. POSTAGE PAID
FCM LETTER
BUFFALO, NY 14240
APR 05, 2025

11201

$4.85

RDC 99

S2324D503428-91

USPS SWSN

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 08 2025
BROOKLYN OFFICE

The Honorable Judge B. Cogan
U.S. District Court Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

